**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01928-CMA-MEH

JEROME ENGEL,

    Plaintiff,

v.

ASSOCIATED CREDITORS EXCHANGE, INC., an Arizona corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal With Prejudice (Doc. # 16). The Court having reviewed the Stipulation pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

DATED: December __17__, 2009

                                                BY THE COURT:

                                              _/s/ Christine M. Arguello_
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge